IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUL FELD and ADA FELD, : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | CIVIL NO. 4:12-CV-01492 |
| : | |
| PRIMUS TECHNOLOGIES : | (Judge Brann) |
| CORPORATION and : | |
| VINCE KLARSCH, : | |
| : | |
| Defendants : | |

**<u>ORDER</u>**

May 15, 2015

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The parties shall strike certain portions of the videotaped depositions in accordance with the Court's Memorandum. Should the parties be unable to remove the referenced portions in accordance with the Memorandum, they must inform the Court prior to trial so that appropriate limiting instructions may issue.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge